**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7417**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

DICKINSON NORMAN ADIONSER, a/k/a D.C. Black,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:03-cr-00081-HCM-JEB-1)

Submitted:  June 26, 2015                Decided:  July 7, 2015

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dickinson Norman Adionser, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dickinson Norman Adionser appeals the district court's order denying his motions to recuse and compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Adionser, No. 2:03-cr-00081-HCM-JEB-1 (E.D. Va. Sept. 9, 2014). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED